JOHN S. DAVID & J. F. E. LIVAUDAIS *v.* MUNICIPALITY No. 2.

*Livaudais* v. *Municipality No.* 2, 16 La. 509. *Livaudais & David* v. *Same*, 5 Ann. 8. *Municipality No. 2 v. Palfrey* and *Xiques* et al. v. *Bujac* et al., 7 Annual, affirmed.

APPEAL from the Second District Court of New Orleans. *Lea*, J. *Soulé* and *Barton*, for plaintiff. *R. Hunt* and *T. R. Wolf*, for defendant and appellant.

BUCHANAN, J. This case is identical in principle with those of *Livaudais* v. *Municipality No.* 2, 16 L. R. 509 ; *Livaudais & David* v. *the same*, 5 Ann. R. 8 ; *Municipality No. 2* v. *Palfrey*, 7 Ann. R. ; *Xiques* et al. v. *Bujac* et al., 7 Ann. R. The two last cases decided at the June term, 1852, and not yet reported.

For the reasons given by the Judge of the Court below, the judgment appealed from is affirmed, with costs in both Courts.